UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                              CHAPTER 13
PAUL A. LOMBARDO
LAURA M. LOMBARDO                          CASE NO. 14-83484

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Carrington Mortgage Services LLC     **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 4750

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $7457.16 |
| Amount Paid by Trustee | $7457.16 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  11/27/18                        /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 27th Day of November, 2018

Dated:  11/27/18                        /s/Cynthia K. Burnard

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3730
ANAHEIM, CA 92806

BANK OF AMERICA
1800 TAPO CANYON RD.
SIMI VALLEY, CA  93065

STEVEN C. L LINDBERG
ANSELMO LINDBERG OLIVER LLC
1771 W. DIEHL RD. STE. 150
NAPERVILLE, IL 60563

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

RICHARD B ARONOW  #3123969
FISHER & SHAPIRO LLC
2121 WAUKEGAN ROAD  SUITE 301
BANNOCKBURN, IL 60015

PAUL A. LOMBARDO
LAURA M. LOMBARDO
742 CHESTNUT LN.
MARENGO, IL  60152

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603